UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEWIS ROBINSON | : | |
| | : | |
| v. | : | C.A. No. 10-041ML |
| | : | |
| JETRO HOLDINGS, INC. d/b/a | : | |
| THE RESTAURANT DEPOT | : | |

**MEMORANDUM AND ORDER**

In this matter, Plaintiff Lewis Robinson filed an Application to Proceed Without Prepayment of Fees and Affidavit on February 1, 2010 (the "Application"). (Document No. 2). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a). In the Application, Robinson indicates that he is currently collecting unemployment benefits. Robinson also indicates that he has a "variable" amount of cash in a checking account and that his wife helps support him and shares the bills. Plaintiff, however, does not indicate the amount of unemployment benefits that he receives. He also provides no information as to his wife's income, their shared bills or the range of the "variable" balance in their checking account. In order to determine whether he qualifies for pauper status, the Court needs more information about Robinson's assets, income and monthly expenses, including housing expenses. The Court recently revised the Application used to determine whether a plaintiff is entitled to pauper status. The revised Application contains questions which will aid the Court's assessment of Plaintiff's pauper status. The Clerk shall forward the Application (AO Form 240) to Robinson for his use in responding to this Order. Plaintiff is ordered to supplement his Affidavit by providing full and complete answers to each question contained in the revised Application.

This Court cannot determine whether Robinson qualifies to have his Application granted in this case until the additional information requested is received. Robinson must file the proper information by **April 15, 2010** or risk having his Application denied and this matter dismissed.

SO ORDERED

ENTER:                                                          BY ORDER:


  /s/ Lincoln D. Almond                          /s/ Jeannine Noel
LINCOLN D. ALMOND                           Deputy Clerk
United States Magistrate Judge
March 12, 2010